**Order entered August 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00292-CV

## ORCA ASSETS, G.P., L.L.C., Appellant

## V.

## JP MORGAN CHASE BANK, N.A., ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13886**

## ORDER

Before the Court is the August 12, 2022 request of David Langford, former Official Court Reporter for the 44th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 12, 2022**.

/s/     KEN MOLBERG
        JUSTICE